# Exhibit A





Source: https://thrivecolorado.com/services/weight-loss-clinic-in-denver/tirzepatide-in-denver/; https://perma.cc/Y3VM-JLDJ

**Thrive MEGALean – PREMIUM Tirzepatide Injections**

$599.00

Stronger Than Semaglutide

The most aggressive medication for weight loss!

**Product Details**

MEGALean Premium is a series of levels formulated for people to adjust their dosing as they progress with their weight loss. Thrive Health Solutions only sells pure Tirzepatide products, we do not dilute our formula.

Clients generally start with level 1 and progress to the next level monthly or as needed for better, faster weight loss results.

Injection, 1-month supply.

Level
- Level 1
- Level 2
- Level 3
- Level 4

Add to Bag

Source: https://thrivecolorado.com/store/Thrive-Tirzepatide-Injections-p509533406

— WEEKLY WEIGHT LOSS INJECTION

**100% PURE TIRZEPATIDE**
**NO CONTRACTS • NO DILUTING • NO SALT OR STEARATE BASE**

Source: https://thrivecolorado.com/services/weight-loss-clinic-in-denver/tirzepatide-in-denver/

**Product Details**

MEGALean Premium is a series of levels formulated for people to adjust their dosing as they progress with their weight loss. Thrive Health Solutions only sells pure Tirzepatide products, we do not dilute our formula.

Source: https://thrivecolorado.com/store/Thrive-Tirzepatide-Injections-p509533406

> Tirzepatide weekly weight loss injection is the most potent weight loss medication produced so far with an average weight loss of more than 23% of starting weight. It's the first and only dual GIP/GLP-1 receptor agonist hormone that controls both insulin and glucagon secretion. In addition, the GIP hormone controls lipids and fat deposits in the body. The two hormones in the once-a-week Tirzepatide injection work together as a single molecule. Acting in the brain, stomach, pancreas, and bowel. Tirzepatide controls appetite, fullness, and metabolism.

Source: https://thrivecolorado.com/services/weight-loss-clinic-in-denver/tirzepatide-in-denver/

**$599.00**

**Stronger Than Semaglutide**

The most aggressive medication for weight loss!

- Lose Weight Fast
- Feel Full Sooner
- Eat Less
- No Diet Needed

Source: https://thrivecolorado.com/store/Thrive-Tirzepatide-Injections-p509533406



Source: https://www.instagram.com/p/DBRNX0fR7Dn/?igsh=bmltYmN3ZzB0b2U%3D

Source: https://thrivecolorado.com/services/weight-loss-clinic-in-denver/tirzepatide-in-denver/

> **Tirzepatide** is a once-weekly GIP (glucose-dependent insulinotropic polypeptide) receptor and GLP-1 (glucagon-like peptide-1) receptor agonist. It is a single novel molecule that activates the body's receptors for GIP and GLP-1, which are natural incretin hormones. GIP has been shown to decrease food intake while blunting the metabolic adaptive responses that usually occur with calorie restriction resulting in weight reductions, and when combined with GLP-1 receptor agonism, may result in greater effects on body weight, glucose, and lipids. Studies show that with Tirzepatide, patients lost up to 21% of their body weight.

Source: https://thrivecolorado.com/store/Thrive-MEGALean-PREMIUM-Tirzepatide-Injections-p509533406



Source: https://www.facebook.com/thrivehealthsolutionsco